IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARITY D. CALLOWAY, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 26-CV-3293 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 12th day of June, 2026, upon consideration of Plaintiff Charity D. Calloway's Motion to Proceed *In Forma Pauperis* (ECF No. 7), *pro se* Amended Complaint (ECF No. 5), and "Motion Affidavit of Prejudice" (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Motion Affidavit of Prejudice, treated as a recusal motion, is **DENIED**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

_____

**MARY KAY COSTELLO, J.**